## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Indu Craft Inc.   Docket No.: 14-4058

Lead Counsel of Record (name/firm) or Pro se Party (name): Serhiy Hoshovsky/Hoshovsky Law Firm

Appearance for (party/designation): ANZ Sales Inc/appellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete, and should be amended as follows:

Name: Serhiy Hoshovsky
Firm: Hoshovsky Law Firm
Address: 347 Fifth Ave, Ste 1009 New York NY 10016
Telephone: 212 532 8600    Fax: 212 208 4509
Email: shoshovsky@ghslegal.com

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _/s/_
Type or Print Name: SERHIY HOSHOVSKY
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.